UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Esther Salas |
| v. | : | Crim. No. 24-836 |
| AVIN INTERNATIONAL LTD. | : | **WAIVER OF INDICTMENT** |

      Avin International Ltd., the above-named defendant, who is charged with a violation of the Act to Prevent Pollution of Ships in violation of 33 U.S.C. § 1908(a), falsification of records in violation of 18 U.S.C. § 1519, and obstruction of justice in violation of 18 U.S.C. § 1505, being advised of the charges, the proposed Information, and its rights, hereby waives in open court on December 23, 2024, prosecution by indictment and consents that the proceeding may be by information rather than by indictment.

 

_____
Avin International Ltd.
Defendant

_____
Gregory L. Linsin, Esq.
Counsel for Defendant

Before: _____
HONORABLE ESTHER SALAS
United States District Judge